Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on April 20, 2009. The notice of appeal was filed on June 7, 2010. Because Gilchrist failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Gilchrist's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Francis Akinro, Appellant Pro Se.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Hertz Car Rental,* No. 1:10–cv–01297–JFM (D. Md. June 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Francis AKINRO, Plaintiff—Appellant,**

v.

**HERTZ CAR RENTAL, Defendant—Appellee.**

No. 10–1707.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 1, 2010.

**Randy WILLIAMS, Petitioner—Appellant,**

v.

**WARDEN, LEE CORRECTIONAL INSTITUTION; State of South Carolina, Respondents—Appellees.**

No. 09–7970.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 22, 2010.

Decided: Oct. 1, 2010.